# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Delvario Davon Boyce,

        Plaintiff(s),

vs.

USA,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11-cv-646
3:05-cr-77-1

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 1, 2012 Order.

Signed: February 1, 2012

Frank G. Johns, Clerk
United States District Court