# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Delvario Davon Boyce,

                    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                      3:11-cv-646
                                            3:05-cr-77-1

USA,

                    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 1, 2012 Order.

Signed: February 1, 2012

Frank G. Johns, Clerk
United States District Court